**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ronald Floyd JACKSON, Defendant–**
**Appellant.**

**No. 01–7290.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 28, 2002.

Ronald Floyd Jackson, Pro Se. William Earl Day, II, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Ronald Floyd Jackson appeals from the district court's order declining to recuse itself from consideration of Jackson's otherwise closed 28 U.S.C.A. § 2255 (West Supp.2001) motion, and denying Jackson's successive motion for relief. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. *United States v. Jackson,* Nos. CR–90–254; CA–98–2129–4–12 (D.S.C. July 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*